

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Joshua Deshaun Lowe, Appellant

No. 06-22-00132-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 21-F-1014-005). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find error in the judgment of the court below. We modify the judgment by deleting the $10.00 for "Reimbursement Fees," and we modify the bill of costs by deleting the time payment fee. As modified, we affirm the trial court's judgment.

We note that the appellant, Joshua Deshaun Lowe, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 22, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk